**Opinion issued August 6, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00150-CV

————————————

**HENGAMEH T. NAYERI, Appellant**

**V.**

**UNIFUND CCR PARTNERS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 846489**

---

## MEMORANDUM OPINION

Appellant, Hengameh T. Nayeri, has failed to timely file her appellate brief. *See* TEX. R. APP. P. 38.6(a)(1), (d), 38.8(a)(1). The Clerk of this Court's June 26, 2019 notice warned appellant's counsel that her deadline to file her appellant's brief had expired and that her appeal would be subject to dismissal if she failed to timely

file her appellant's brief or an extension within 10 days of the date of that notice. *See* TEX. R. APP. P. 38.6(d), 38.8(a)(1), 42.3(b). Appellant failed to timely file a brief or request an extension. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file an appellant's brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.